

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00440-CV

**IN RE** Chandler Jay **LEE**

Original Mandamus Proceeding[1]

**ORDER**

On June 28, 2018, relator filed a petition for writ of mandamus, the real party in interest responded, and relator replied. After reviewing the pleadings and the record, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Gloria Saldana is ORDERED to (1) vacate the "Geographic Restriction" portion of her June 28, 2019 Temporary Orders in Suit to Modify Parent-Child Relationship that states: "It is ordered that the geographical restriction previously imposed on Petitioner, [Natalie], is hereby lifted" and (2) enter an amended order reinstating the geographical restriction imposed on Natalie contained in the July 11, 2018 Final Decree of Divorce. The writ will issue only in the event we are notified the trial court fails to comply within fifteen days from the date of this order.

It is so **ORDERED** on August 7, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-03759, styled *In the Interest of M.M.L., J.A.L., and E.J.L., Children*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldana presiding.